IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02303-EWN-KLM

MARK JORDAN,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE, and
FEDERAL BUREAU OF PRISONS,

    Defendant.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Motion for Leave to File an Amended/Supplemental Complaint [Docket No. 21; Filed June 9, 2008] (the "Motion'). Defendants responded on July 2, 2008 and indicated that they do not oppose the Motion. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Court accepts Plaintiff's Amended/Supplemental Prisoner Complaint [Docket No. 21-2] for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that Defendants shall answer or otherwise respond to Plaintiff's Amended/Supplemental Prisoner Complaint on or before **July 23, 2008**.

Dated:      July 3, 2008