**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02303-EWN-KLM

MARK JORDAN,

      Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE and
FEDERAL BUREAU OF PRISONS,

      Defendants.

---

**VAUGHN INDEXES AND SUPPORTING DECLARATIONS**

---

      Defendants, by undersigned counsel, submit the attached Vaughn Indexes and supporting

declarations of Richard Winter and Ron Hill:

                    Respectfully submitted,

                    TROY A. EID
                    United States Attorney

                    *s/William Pharo*
                    By: William Pharo
                    Assistant United States Attorney
                    1225 17th Street, Suite 700
                    Denver, CO 80202
                    Phone: (303) 454-0100
                    Fax: (303) 454-0407
                    william.pharo@usdoj.gov

                    Attorney for Defendants

**<u>CERTIFICATE OF SERVICE</u>**

   I hereby certify that on October 10, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I mailed the foregoing to the following non CM/ECF participants:

 Mark Jordan
 # 48374 066
 USP-MAX
 PO Box 8500
 Florence, CO 81226


         *s/William Pharo*
         William Pharo
         Assistant United States Attorney
         Attorney for Defendants
         United States Attorney's Office
         1225 Seventeenth St., Suite 700
         Denver, Colorado 80202
         Telephone: (303) 454-0100
         Fax: (303) 454-0404
         E-mail: william.pharo@usdoj.gov