IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02303-REB-KLM

MARK JORDAN,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE, and
FEDERAL BUREAU OF PRISONS,

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

    This matter is before the Court on Plaintiff's **Motion to File Supplemental Authority** [Docket No. 60; Filed April 14, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Plaintiff's supplemental authority [Docket No. 60 at 4-7] is accepted by the Court and will be considered in conjunction with Plaintiff's Response to Defendant's Motion for Summary Judgment [Docket No. 55].

Dated:      April 14, 2009