**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-02303-REB-KLM

MARK JORDAN,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE, and
FEDERAL BUREAU OF PRISONS,

    Defendants.

## ORDER FOR ADDITIONAL SUMMARY JUDGMENT BRIEFING

**Blackburn, J.**

    This matter is before me *sua sponte*. On September 22, 2009, I entered an **Amended Order Re: Recommendation of the United States Magistrate Judge** [#79], in which I denied defendants' motion for summary judgment as to Claims II and V of plaintiff's amended complaint. I also vacated my prior order adopting the magistrate judge's recommendation *in toto*, and thereby terminated a deadline imposed by that order for further briefing. This order is entered to establish deadlines for further briefing of the issues that remain in this case.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That any party may file a motion for summary judgment as to Claims II and V of the amended complaint by no later than **October 30, 2009**; and

2. That the deadlines for the filing of responses and replies shall be as prescribed in **D.C.COLO.LCivR** 7.1C.

Dated September 24, 2009, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge