IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02303-REB-KLM

MARK JORDAN,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE, and
FEDERAL BUREAU OF PRISONS,

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion to Hold Action in Abeyance** [Docket No. 98; Filed March 16, 2010] (the "Motion"). Defendants have responded [Docket No. 103; Filed April 12, 2010].

Plaintiff is a federal inmate at the Administrative Maximum Penitentiary in Florence, Colorado ("ADX"). In the Motion, he informs the Court that on March 15, 2010, he was to be transferred from ADX to another, unidentified, correctional facility. He states that as a result, he anticipates that he will not have access to his legal files for this case until his transfer is complete in May or June of 2010. He requests that the Court enter a stay in this matter until the completion of his transfer and his receipt of his legal files. No deadlines are currently pending in this case. Currently pending before the Court are the parties' cross-motions for summary judgment [Dockets Nos. 81 & 88]. In their Response, Defendants state that to the extent Plaintiff's motion is construed as a motion to defer the issuance of the Court's Recommendation on these motions, they do not object to the relief requested. Plaintiff has not yet filed with the Court a notice of his change of address, as is his obligation.

The Court issued its Recommendation on April 19, 2010. *See* Docket No. 104. As indicated in the Recommendation, the deadline for filing objections to the Recommendation is fourteen (14) days after service. The Court construes Plaintiff's motion as a motion for extension of time to file objections to the Recommendation. Plaintiff has stated good cause for such an extension of time. Accordingly,

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Plaintiff shall file objections to the Recommendation within fourteen (14) days after his <u>receipt</u> of it.

Dated: April 20, 2010